```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
```

FILED

OCT 28 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0467 MCE |
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(o) - Transfer of a Machinegun |
| v. | |
| STEPHEN GOODEN | |
| Defendant. | |

**I N D I C T M E N T**

COUNT ONE:   [18 U.S.C. § 922(o) - Transfer of a Machinegun]

The Grand Jury charges:   T H A T

STEPHEN GOODEN

defendant herein, in or about 2009, in the State and Eastern District of California, did knowingly and unlawfully transfer machineguns, to wit:   two Colt M-4 rifles, serial numbers

///
///
///
///

1

1  W444024 and W444635, in violation of Title 18, United States Code,
2  Sections 922(o) and 924(a)(2).
3
4                                          A TRUE BILL.
5                                          /s/ Signature on file w/AUSA
6                                          FOREPERSON
7  ⎡Benjamin Wagner signature⎤
   BENJAMIN B. WAGNER
8  United States Attorney
9
10
...
28

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

Stephen GOODEN

### INDICTMENT

**VIOLATION:** 18 U.S.C. § 922(o) - Transfer of a machinegun

*A true bill,*

/S/

*Foreman.*

*Filed in open court this* 28 *day*

*of* OCTOBER *, A.D. 20* 10

*Clerk.*

Bail, $ **WARRANT: NO BAIL PENDING HEARING**

GPO 863 525

# PENALTY SLIP

**Stephen GOODEN:** Count 1

2: 1 0 - CR - 0 4 6 7 MCE

| COUNT 1 | 18 U.S.C. § 922(o) - Transfer of a Machinegun | PENALTY | NMT: 10 years imprisonment<br>NMT: $250,000 fine, or Both<br>TSR: NMT 3 years TSR |
|---|---|---|---|
| **SPECIAL ASSESSMENT:** | $100.00 for each count | | |