```
                                                          FILED
                                                       October 29, 2010
        UNITED STATES DISTRICT COURT FOR THE
                                                     CLERK, US DISTRICT COURT
          EASTERN DISTRICT OF CALIFORNIA              EASTERN DISTRICT OF
                                                          CALIFORNIA
                                                         DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:10-CR-0467-MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| STEPHEN GOODEN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STEPHEN GOODEN</u>, Case No. <u>2:10-CR-0467-MCE</u>, Charge <u>Title 18 USC § 922</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  ___    Release on Personal Recognizance

  ✔    Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

     ✔    Unsecured Appearance Bond

     ___    Appearance Bond with 10% Deposit

     ___    Appearance Bond with Surety

     ___    Corporate Surety Bail Bond

     ✔    (Other)    <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 29, 2010</u> at <u>2:30</u> pm.

            By   *Dale A. Drozd*
               Dale A. Drozd
               United States Magistrate Judge