1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5
   Attorney for Defendant
6  STEPHEN GOODEN

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,    )
                                )   Case No. CR.S. 10-467-MCE
12             Plaintiff,        )
                                )   **STIPULATION AND ORDER**
13        v.                     )
                                )   DATE:  January 27, 2011
14 STEPHEN GOODEN,               )   TIME:  9:00 a.m.
                                )   JUDGE: Hon. Morrison C. England, Jr.
15             Defendants.       )
                                )
16 _____ )

17

18      It is hereby stipulated and agreed to between the United States of

19 America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant,

20 STEPHEN GOODEN, by and though his counsel, RACHELLE BARBOUR, of the

21 Office of the Federal Defender, that the status conference of December

22 2, 2010, be vacated and that a status conference be set for January 27,

23 2011, at 9:00 a.m.

24      This continuance is requested because defense counsel requires

25 additional time to conduct investigation and review the case with Mr.

26 Gooden.  The parties require additional time to discuss the case,

27 negotiate a plea agreement, and reduce it to writing.

28

The defendant in this case consents to this continuance.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for January 27, 2011, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 23, 2010          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ RACHELLE BARBOUR

                                  _____
                                  RACHELLE BARBOUR
                                  Research and Writing Attorney
                                  Attorney for Defendant
                                  STEPHEN GOODEN


                                  BENJAMIN WAGNER
                                  United States Attorney


                                  /s/ Rachelle Barbour for
DATED: November 23, 2010          _____
                                  HEIKO COPPOLA
                                  Assistant U.S. Attorney


_____ **O R D E R**

   **IT IS SO ORDERED.**

 Dated: November 30, 2010

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE