```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CASE NO. 2:10-CR-00467-MCE
                                 )
12               Plaintiff,      )
                                 )
13       v.                      )   STIPULATION AND ORDER TO
                                 )   EXCLUDE TIME
14  STEPHEN GOODEN               )
                                 )
15                               )
                 Defendant.      )
16  _____)
17
```

18 The parties request that the status conference in this case be
19 continued from January 20, 2011 to March 3, 2011 at 9:00 a.m.  They
20 stipulate that the time between January 20, 2011 and March 3, 2011
21 should be excluded from the calculation of time under the Speedy
22 Trial Act.  The parties stipulate that the ends of justice are served
23 by the Court excluding such time, so that counsel for the defendant
24 may have reasonable time necessary for effective preparation, taking
25 into account the exercise of due diligence.  18 U.S.C. §
26 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel
27 needs additional time to investigate the matter, review the discovery
28 provided and discuss resolution with the defendant.

1

1  The parties are negotiating a resolution to the matter and expect the
2  defendant to change his plea at the next hearing.  Defense counsel
3  will also need additional time to review the plea agreement, once
4  provided, with the defendant and to prepare for the change of plea
5  hearing.  The parties stipulate and agree that the interests of
6  justice served by granting this continuance outweigh the best
7  interests of the public and the defendant in a speedy trial.  18
8  U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: January 31, 2011        By:   /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney


DATE: January 31, 2011              /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Attorney for Defendant

   **IT IS SO ORDERED.**

 Dated: January 31, 2011

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

2