DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
STEPHEN GOODEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.   ) <br> ) <br> STEPHEN GOODEN,    ) <br> ) <br> Defendants.  ) <br> ) <br> _____) | Case No. CR.S. 10-467-MCE <br><br> **STIPULATION AND ORDER** <br><br> DATE: April 14, 2011 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, STEPHEN GOODEN, by and though his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, that the status conference of March 3, 2011, be vacated and that a status conference be set for April 14, 2011, at 9:00 a.m.

This continuance is requested because defense counsel requires additional time to conduct investigation and review the case with Mr. Gooden.  The parties require additional time to discuss the case, negotiate a plea agreement, and reduce it to writing.

1  The defendant in this case consents to this continuance.

2      The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for April 14, 2011, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 28, 2011    Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ RACHELLE BARBOUR
                                _____
                                RACHELLE BARBOUR
                                Research and Writing Attorney
                                Attorney for Defendant
                                STEPHEN GOODEN

DATED: February 28, 2011    BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Rachelle Barbour for
                                _____
                                HEIKO COPPOLA
                                Assistant U.S. Attorney

                            **O R D E R**

**IT IS SO ORDERED.**

Dated: March 2, 2011

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE