DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
STEPHEN GOODEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00467-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | |
| STEPHEN GOODEN, | ) | DATE:  May 19, 2011 |
| | ) | TIME:  9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, STEPHEN GOODEN, by and though his counsel, RACHELLE BARBOUR, of the Office of the Federal Defender, that the status conference of April 14, 2011, be vacated and that a status conference be set for May 19, 2011, at 9:00 a.m.

This continuance is requested because defense counsel requires additional time to conduct investigation and review the case with Mr. Gooden.  The parties require additional time to discuss the case and finalize a plea agreement.

Defense counsel requires time to review the plea agreement with Mr. Gooden.  The defendant in this case consents to this continuance.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for May 19, 2011, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 11, 2011          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ RACHELLE BARBOUR
                               _____
                               RACHELLE BARBOUR
                               Research and Writing Attorney
                               Attorney for Defendant
                               STEPHEN GOODEN

DATED: April 11, 2011          BENJAMIN B. WAGNER
                               United States Attorney


                               /s/ Rachelle Barbour for
                               _____
                               HEIKO COPPOLA
                               Assistant U.S. Attorney

                               **O R D E R**

     **IT IS SO ORDERED.**

 Dated: April 18, 2011

                               _____
                               MORRISON C. ENGLAND, JR.
                               UNITED STATES DISTRICT JUDGE

**2**